IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES OF AMERICA,
    Appellee,

v.                                                                                   Case No. 23-3078

HATCHET M. SPEED,
    Appellant.

## Motion for Leave to File a Supplemental Brief

Hatchet M. Speed, by and through undersigned counsel, respectfully requests this Court for leave to file a supplemental brief filed on November 26, 2024. This motion is written by direction from Emily Campbell, Case Administrator at the U.S. Court of Appeals for the District of Columbia Circuit.

Dated: December 5, 2024                Respectfully Submitted,

                                                              */s/ Roger Roots, Esq.*
                                                              Roger Roots
                                                              **JOHN PIERCE LAW, P.C.**
                                                              21550 Oxnard Street,
                                                              3rd Floor, PMB 172
                                                              Woodland Hills, CA 91367
                                                              (213) 279-7846
                                                              rroots@Johnpiercelaw.com

                                                              *Counsel for Appellant Speed*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and a copy hereof has been furnished to those registered participants of the ECF system.

Dated: December 5, 2024 /s/ Roger Roots
Roger Roots

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(a)(7)(C), I hereby certify that this brief complies with the type-volume limitation because it contains 252 words, excluding the parts exempted by Fed. R. App. P. 32(a)(7)(B)(iii) and Cir. R. 32(a)(1). I further certify that this brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typeface style requirements of Fed. R. App. P. 32(a)(6) because the brief was prepared in 14-point Times New Roman font using Microsoft Word.

Dated: December 5, 2024 /s/Roger Roots